IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50402
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE RICARDO RUIZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-92-CR-58-1
- - - - - - - - - -
April 13, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Jose Ricardo Ruiz, federal prisoner #12399-080, appeals from the district court's denial of his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).  Ruiz has not identified a retroactive guideline amendment that would lower his sentencing range.  See 18 U.S.C. § 3582(c)(2); U.S.S.G. § 1B1.10(c), p.s.  Accordingly, the judgment of the district court is AFFIRMED.  Ruiz's motion for the appointment of counsel is DENIED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.